Affidavit

The Undersigned, Kevin paul, mahoney does hereby depose and state:

FILED
IN CLERKS OFFICE
2011 MAR -2 P 1:46
U.S. DISTRICT COURT
DISTRICT OF MA

1. the Undersigned, although not represented by any attorney in any capacity and not accepting any other public benefit, will come to this court when any attorney or pretrial services officer timely notifies the Undersigned that a hearing is scheduled, for the purpose of assisting this court to setoff, settle and close the public matter so as to avoid waisting the public's valuable resources.

2. the Undersigned will not conditionally accept for value any request to come to any proceedings in this court as stated in paragraph 1, in it's entirety.

3. the Undersigned proposes an appropriate custodian in Kathleen Fontaine.

4. the Undersigned's word is his bond and it remains intact to this date.

        signed under the pains and penalties
        of perjury

        Kevin paul, mahoney, secured party creditor
        ALL RIGHTS RESERVED


Affidavit

The Undersigned, Kathleen Fontaine does hereby depose and state that she will serve as custodian in the above referenced matter.

        signed under the pains and penalties
        of perjury

        Kathleen Fontaine
        ALL RIGHTS RESERVED

# CERTIFICATE OF SERVICE

It is hereby certified, that on or about the date noted below, the undersigned Notary Public, mailed to:

```
      Christopher P. Moriarty,              Honorable Judge Joseph L. Tauro
      U.S. Pretrial Services Officer        Honorable Judge Timothy Hillman
      U.S. Pretrial Services Office                  595 Main Street,
      1 Courthouse Way Suite 1-300                 Worcester, MA 01608
        Boston, Massachusetts 02210
             Fax: (617) 748-4114
                                          CERTIFIED MAIL#: 7010 1870 0000 2668 1577
   CERTIFIED MAIL#: 7010 1870 0000 2668 1560
```

hereinafter, "Recipient," the documents and sundry papers pertaining to the Recipient, regarding **UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS, CASE NO.: 1:10-CR-10389-JLT-1 [UNITED STATES OF AMERICA AND KEVIN P. MAHONEY]** as follows:

1. **Affidavit**

by Certified Mail No. (referenced above), by placing same in a postpaid envelope properly addressed to Recipient(s) at said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Massachusetts.

_Barbara A. Messier_ (Seal)        3/1/11
Barbara A. Messier, Notary Public       Date
30A Bugbee Street
Plainville, Massachusetts 02762

My commission expires: April 21, 2011        (Stamp)

- 1 -